CV 26-00264 DKW-WRP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jun 01, 2026, 6:35 am
Lucy H. Carrillo, Clerk of Court

[✔]    ORDER SETTING RULE 16 SCHEDULING CONFERENCE

[]    ORDER SETTING STATUS CONFERENCE

for **Monday, July 27, 2026** at 9:00 a.m. before:

[]    Magistrate Judge Rom Trader via ZOOM Teleconference (Call:
1-833-568-8864 / Access Code 161 5641 6035)

[✔]    Magistrate Judge Wes Reber Porter via ZOOM Teleconference (Call:
1-833-568-8864 / Access Code: 161 0084 2470)

[]    Magistrate Judge Kenneth J. Mansfield via ZOOM Teleconference (Call:
1-833-568-8864 / Access Code 160 8983 1896)

- Parties are reminded that, unless otherwise ordered by the Court, a meeting of the parties must occur at least 21 days prior to the Scheduling Conference and a report submitted to the Court. Except as otherwise provided by L.R. 26.1(c), no formal discovery may be commenced before the meeting of the parties.
- Each party shall file a Scheduling Conference Statement pursuant to L.R. 16.2(b), and shall attend in person or by counsel.
- Failure to file and/or attend will result in imposition of sanctions, (including fines or dismissal), under Fed.R.Civ.P. 16(f) and L.R. 11.1.

DATED at Honolulu, Hawaii on Monday, June 1, 2026.

/s/ Derrick Watson
Chief, U.S. District Judge

**THIS  SCHEDULING ORDER IS ATTACHED TO THE INITIATING DOCUMENT (COMPLAINT/NOTICE OF REMOVAL) & MUST BE SERVED WITH THE DOCUMENT.   PLEASE DO NOT REMOVE.**